# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DOMINGUEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WESTERN STATES FIRE PROTECTION COMPANY, a Minnesota Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  2:21-cv-07319-RGK-MRW<br><br>**ORDER GRANTING DISMISSAL** |

# ORDER

Based on the Plaintiff Stephen Dominguez and Defendant Western State Fire Protection Company's Joint Stipulation re Dismissal, it is hereby ORDERED that:

1. Plaintiff Stephen Dominguez's claims in the above-entitled action are dismissed in their entirety **with prejudice**.
2. The class action claims in the above-entitled action are dismissed in their entirety **without prejudice**.
3. Each party is to bear its own fees and costs.
4. The attached order shall be entered.

**IT IS SO ORDERED.**

DATED: April 15, 2022

*/s/ Gary Klausner*
The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

4885-5076-8924, v. 1